AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE             DISTRICT OF             MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

XINGYU JIANG
a/k/a Hiroshi Hattori
24 Rose Street
Watertown, MA 02472
(Name and Address of Defendant)

Case Number:   04-CR-10128 MLW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT, John Joseph Moakley US Courthouse<br>1 Courthouse Way (corner of Atlantic Ave.), Boston, MA 02210 | COURTROOM 14, 5TH FLOOR |
|  | Date and Time |
| Before:   The Honorable Robert B. Collings | May 3rd, 2004 at 2:00 PM |

To answer a(n)

**Indictment**     Information     Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1542

Brief description of offense:
18 USC 1542 False statement in passport application
42 USC 408(a)(7)(B) Misuse of social security number
18 USC 1028(a)(4) Unlawful id document with intent to defraud US

**You must report at 9:30 a.m. to Pretrial Services on May 3rd, 2004. There will be a Chinese Interpreter present. They are located on the first floor of this courthouse.**

_____
Signature of Issuing Officer

April 26, 2004
Date

Gina Affsa, Deputy Clerk
Name and Title of Issuing Officer