# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

XINGYU JIANG
a/k/a Hiroshi Hattori
~~24 Rose Street~~ 95 Melrose
Arlington ~~Watertown,~~ MA 02474
(Name and Address of Defendant)

aka Justin Jiang

**SUMMONS IN A CRIMINAL CASE**

Case Number: 04-CR-10128 MLW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT, John Joseph Moakley US Courthouse<br>1 Courthouse Way (corner of Atlantic Ave.), Boston, MA 02210 | COURTROOM 14, 5TH FLOOR |
| Before:   The Honorable Robert B. Collings | Date and Time<br>May 3rd, 2004 at 2:00 PM |

To answer a(n)

**Indictment**      Information      Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1542__

Brief description of offense:
18 USC 1542 False statement in passport application
42 USC 408(a)(7)(B) Misuse of social security number
18 USC 1028(a)(4) Unlawful id document with intent to defraud US

**You must report at 9:30 a.m. to Pretrial Services on May 3rd, 2004. There will be a Chinese Interpreter present. They are located on the first floor of this courthouse.**

_____
Signature of Issuing Officer

April 26, 2004
Date

Gina Affsa, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me: Travis Jackson    Date: 4/27/04 @ 10:45

### Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: _Massachusett Hall Harvard U. on Oxford and Kirkland 2nd floor_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was ____

[ ] Returned unexecuted: ____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    Date: 4/27/04

Name of United States Marshal: Anthony Dichio

(By) Deputy United States Marshal

Remarks: Subj. DOB - 2/28/77
Mass DLIC produced to verify ID
#S87436090    Soc: on Mass Chips printout
TXP 2/28/07    (~~419099090~~)
(649099090)

---
¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

↓ on back of license

subject advised to change to
65 Melrose, Arlington.