# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2004-10128-MLW

XINGYU JIANG,
    Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/21/2004 - Indictment returned.

5/03/2004 - Arraignment

5/04 - 5/31/2004 - Excluded as per L.R. 112.2(A)(2)

6/15/2004 - Conference held.

6/16 - 7/23/2004 -   Excluded as per 18 U.S.S. § 3161(H)(1)(f).

Thus, as of July 23, 2004, FOURTEEN (14) non-excludable days will have occurred leaving FIFTY-SIX (56) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 15, 2004.