# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2004-10128-MLW

XINGYU JIANG,
        Defendant.

## ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on August 3, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    None.

    (2)    No.

 (3) No.

 (4) The defendant will not raise a defense of alibi.

 (5) Non motions will be filed.

 (6) *An Initial Pretrial Conference should be set during the week of August 16, 2004.*

 (7) The case will likely be a plea; trial will last no more than a week.

 (8) *See* Further Order of Excludable Delay entered this date,

 (9) No more than a week.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

 (1) Yes.

 (2) Yes; no reason for the case to remain with the magistrate judge.

 (3) *See* ¶ (5), *supra.*

 (4) *See* ¶ (8), *supra.*

 (5) No more than a week.

 (6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 **DURING THE WEEK OF AUGUST 16, 2004**

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS

TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOLF'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 3, 2004.