UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No.  04-10128-MLW |
| | ) | |
| | ) | |
| | ) | |
| XINGYU  JIANG | ) | |

### ASSENTED TO MOTION TO
### LEAVE THE COMMONWEALTH

The parties file this assented to motion as required by this court requesting that the defendant be allowed to travel outside of the Commonwealth of Massachusetts during the time periods, for the reasons, and to the locations as follows:

> From August 08, 2004 through August 13, 2004 to attend a scientific conference at Tilton, NH to make a presentation for the defendant's current employer, Harvard University Department of Chemistry.

The defendant will notify Thomas O'Brien at pretrial services immediately when he learns the location of where his employer will be providing his lodging.  Thomas O'Brien is aware of the terms and conditions of this motion and does not object to the motion.

Assistant U. S. Attorney Sandra Bower is aware of the terms and conditions of this motion and does not object to the motion.

Respectfully submitted,


_____ 08/05/04
William R. Byrne, Esq.          Date
Counsel for Defendant
875 Massachusetts Avenue
Suite #31
Cambridge, MA 02139
781-856-9909