# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2004-10128-MLW

XINGYU JIANG,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/3/2004 - Conference held.

8/4 - 8/16/2004 - Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of August 16, 2004, TWENTY-FOUR (24) non-excludable days have occurred leaving FORTY-SIX (46) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

August 3, 2004.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge