UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10128-MLW |
| | ) |
| XINGYU JIANG | ) |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

1) There are no outstanding discovery issues to be presented to or resolved by the Court.

2) Neither party anticipates providing additional discovery.

3) The defendant does not intend to raise a defense of insanity or public authority.

4) The defendant does not intend to raise an alibi defense.

5) The defendant does not intend to file any motions requiring a ruling by the district court before trial.

6) There is no need to schedule any matter other than trial or plea hearing.

7) The parties anticipate that the matter will be resolved by plea agreement, although final terms have not been reached. The parties request an additional two weeks to finalize terms of such

an agreement and to notify this Court in writing on or before August 16, 2004, that such agreement has been reached.

8) The Court has previously excluded the following periods under the Speedy Trial Act: 4/21/04; 5/3/04 to 5/31/04; 6/15/04 to 7/23/04. The parties further agree that the period between August 3, 2004, and August 16, 2004, should be excluded pursuant to 18 U.S.C. §3161(h)(8) in that the ends of justice outweigh the interests of the defendant and the public in a speedy trial.

9) If the case does go to trial, it is estimated to last about three days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SANDRA S. BOWER
Assistant U. S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
WILLIAM R. BYRNE, Esq.
Counsel for Defendant
875 Massachusetts Avenue
Suite 31
Cambridge, MA 02139

2