UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERCIA )<br>)<br>V. )<br>)<br>XINGYU JIANG ) | CRIMINAL NO. 04-10128-MLW |

## NOTICE OF APPEARANCE

NOW comes the undersigned counsel, and hereby files an appearance on behalf of the defendant in the above-entitled action.

Respectfully Submitted,

_____
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02111
Tel. (617) 523-6320
Fax. (617) 523-6324
Email:dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881
District Court No. 68344