UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| V. | **NO. 04-10128-MLW** |
| **XINGYU JIANG** | |
| Defendant(s) | |

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on OCTOBER 14, 2004 at 4:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**October 7, 2004**      By:   /s/ Dennis O'Leary
     Date                            Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                          [ntchrgcnf.]
                                                               [kntchrgcnf.]