UNITED STATES DISTRICT COURT<br>
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                              <u>**CRIMINAL  CASE**</u>

                                                                     **NO.** <u>**04-10128-MLW**</u>

                            **V.**

<u>**XINGYU JIANG**</u>

               **Defendant(s)**

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

   PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>**NOVEMBER 1, 2004**</u> at 4:00 P.M. before Judge Wolf in Courtroom # <u>**10**</u> on the <u>**5th**</u> floor.

                                                                     **TONY ANASTAS**
                                                                     **CLERK OF COURT**

<u>**October 22, 2004**</u>                              **By:**   <u>/s/ Dennis O'Leary         </u>
       **Date**                                                      **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                                          [ntchrgcnf.]
                                                                      [kntchrgcnf.]