UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10128

| United States | Xingyu Jiang |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sandra Bower | Desmond Fitzgerald |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary                      REPORTER   Marzilli

CLERK'S NOTES

| DATES: | Initial Pre-trial Conference Held |
|---|---|
| 11/1/04 | Defendant files a motion to continue the initial pre-trial conference for 90 days and to exclude time. |
| | Court listens to defense counsel on his motion. Court puts the case on two tracks. Defendant has one week |
| | to file a motion to suppress accompanied by a supporting memorandum of law and any appropriate affidavit. |
| | Government will file its response one week later. If necessary court will conduct an evidentiary hearing. |
| | Court will also set a trial schedule in the event that the motion to suppress is denied. Defendant makes an |
| | oral motion to suppress in court. Speedy trial act is stopped as a result of the defendant's oral motion. |
| | Pre-trial procedural order to issue. |