UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                    Criminal No. 04-10128-MLW

XINGYU JIANG
    a/k/a Hiroshi Hattori
            Defendant.


NOTICE RELATING TO TRIAL

        Pursuant to this Court's Pretrial Order, the United States

advises the Court that, after discussions with defense counsel,

it is clear that this case will not be resolved by plea and will

be going to trial.


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                      By:   /s/ Sandra S. Bower
                            SANDRA S. BOWER
                            Assistant United States Attorney
                            1 Courthouse Way, Suite 9200
                            Boston, Massachusetts  02210
                            (617) 748-3184