UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERCIA ) | |
| ) | |
| V. ) | CRIMINAL NO. 04–10128-MLW |
| ) | |
| XINGYU JIANG ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS

NOW comes the defendant, by and through the undersigned counsel, and hereby notifies this Honorable Court that he hereby withdraws his motion to suppress presented orally on November 1, 2004.

Respectfully Submitted,

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
Email:dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881