FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T:617.523.6320
F:617.523.6324
fitzgeraldlawcompany.com

November 17, 2004

Criminal Clerk's Office
U.S. District Court – District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Xingyu Jiang
Our File No.: DF 2406
Docket No.: 04-10128-MLW

Dear Sir or Madam:

As requested by the Court the defendant hereby confirms in writing that he will not be providing his own version of voire dire questions and proposed jury instructions.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald

DPF/my
Enclosure

cc: Ms. Sandra S. Bower
U.S. Attorney's Office,
One Courthouse Way, suite 9200
Boston, MA 02110