```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

   v.            Criminal No. 04-10128-MLW

XINGYU JIANG
  a/k/a Hiroshi Hattori
    Defendant.

<u>UNITED STATES' WITNESS LIST</u>

Masakazu Hattori
25 Marwood North, Apt. B
Port Washington, NY 11050

Masakazu Hattori
93 Longwood Avenue, Apt. 6
Brookline, MA 02446-6623

Harold Leonard
Massachusetts Department
 of Public Health
Registry of Vital Records
 and Statistics
150 Mt. Vernon Street, 1st Floor
Dorchester, MA 02125

Mara Pioro
Boston Passport Agency
Thomas P. O'Neill Federal Building
10 Causeway Street
Boston, MA 02222

Edward Ross
United States Postal Service
1295 Beacon Street
Brookline, MA 02446-5269

Justin Rowan
Special Agent
United States Department of State
Secretary of State Protective Detail
2201 C Street N.W., Room 2246
Washington, D.C. 20520

1

Mary Soctomah  
Boston Passport Agency  
Thomas P. O'Neill Federal Building  
10 Causeway Street  
Boston, MA 02222

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN  
                                  United States Attorney

By:  /s/ Sandra S. Bower  
     SANDRA S. BOWER  
     Assistant U.S. Attorney  
     U. S. Attorney's Office  
     John Joseph Moakley  
     United States Courthouse  
     1 Courthouse Way, Suite 9200  
     Boston, MA  02210