UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
            V.              )
                            )    CRIMINAL No. 04-10128-MLW
XINGYU JIANG                )
    a/k/a Hiroshi Hattori   )
```

UNITED STATES' EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Application for United States passport, Form DSP-11, with supporting birth certificate. | | | |
| 1A | Home schooling documentation submitted as supplemental information | | | |
| 2 | Death Certificate: Hiroshi Hattori | | | |
| 3 | Massachusetts Registry of Vital Records and Statistics sign in sheets for August 23, August 30, and October 10, 2000, and Application for Copy of Record of Birth | | | |
| 4 | Registry of Motor Vehicle records: Hiroshi Hattori | | | |
| 5 | Social Security Record: Hiroshi Hattori | | | |

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 6 | U.S. Post Office Box Application | | | |
| 7 | Written statement of defendant | | | |
| 8 | Massachusetts driver's license-Hiroshi Hattori | | | |
| 9 | Social Security card-Hiroshi Hattori | | | |
| 10 | U.S. Post Office box keys | | | |
| 11 | Chinese passport: Xingyu Jiang | | | |
| 12 | Social Security Record: Xingyu Jiang | | | |
| 13 | Registry of Motor Vehicle Records: Xingyu Jiang | | | |
| | | | | |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184