UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10128

| United States | Xingyu Jiang |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sandra Bower | Roxana Muro |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK   O'Leary                 REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 12/2/04 | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Government summarizes the evidence it would provide had the case gone to trial. |
| | Defendant pleads guilty to all three counts of the indictment. |
| | Court accepts the defendant's plea and directs the clerk to enter the same. |
| | Defendant release is continued on the same conditions. |
| | Sentencing set for March 3, 2005 at 3:00PM.  Sentencing procedural order to issue. |