

AO 458 (Rev. 10/95) Appearance

# United States District Court
### DISTRICT OF MASSACHUSETTS

## APPEARANCE

CASE NUMBER: 04-10128 MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Xingyu Jiang

I certify that I am admitted to practice in this court.

12-02-2004
Date

Signature

Roxana V Muro      453657
Print Name         Bar Number

18 Tremont Street, 210
Address

Boston         MA        02108
City           State     Zip Code

(617) 523-6320    (617) 523-6324
Phone Number      Fax Number

This form was electronically produced by Elite Federal Forms, Inc