U.S. v. Jiang
Docket No. 04-10128-MLV

Exhibit A.

Copy of Mr. Jiang's Ph.D. Diploma from Harvard University.


# VNIVERSITAS HARVARDIANA

CANTABRIGIAE IN REPVBLICA MASSACHVSETTENSIVM

Qvoniam

### XINGYU JIANG

studio diligentiore et specimine eruditionis idoneo adhibitis
Professoribus Artium et Scientiarum
persuasit se penitus pernoscere

### Chymiam

Praeses et Socii Collegii Harvardiani Ordine Professorum
illorum commendante atque consentientibus honorandis et
reverendis Inspectoribus dederunt et concesserunt ei gradum

### Philosophiae Doctoris

et omnia insignia et iura quae ad hunc gradum pertinent.

In cuius rei testimonium nos Praeses et Decani auctoritate
rite commissa die VIIII Novembris anno Domini MMIIII
Collegiique Harvardiani CCCLXVIII litteris hisce Vniversitatis
sigillo munitis nomina subscripsimus.

*Lawrence H. Summers*
PRAESES

*William C. Kirby*
DECANVS ORDINIS ARTIVM ET SCIENTIARVM

*[signature]*
DECANVS ACADEMIAE SVPERIORIS

Translation of Ph.D. Diploma

## HARVARD UNIVERSITY IN CAMBRIDGE

in the State of Massachusetts

Whereas

by diligent study and the production of a distinguished piece of learning has satisfied

the Faculty of Arts and Sciences

that he/she has a deep and thorough knowledge of

The President and Fellows of Harvard College, on the recommendation of the Faculty and with the consent of the honorable and reverend Board of Overseers, have given and granted him/her the degree of

DOCTOR OF PHILOSOPHY

and all the honors and rights pertaining to that degree.

In testimony whereof we, the President and Deans, authority having been properly delegated to us, have appended our signatures to these letters, sealed with the University seal, on the          day of          in the year          and of Harvard College the

President

Dean of the Faculty of Arts and Sciences

Dean of the Graduate School of Arts and Sciences