U.S. v. Jiang
Docket No. 04-10128-MLV

List of Documents

A. Copy of Mr. Jiang's Ph.D. Diploma from Harvard University.
B. Copies of the First Pages of Mr. Jiang's Four Publications.
C. Copy of the First Five Pages of Mr. Jiang's U.S. Patent Application.