(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Xinqyu Jiang
_____Defendant_____

CRIMINAL NO. 04 - 10128-MLW

**MEMORANDUM OF SENTENCING HEARING**
**AND**
**REPORT OF STATEMENT OF REASONS**

_____Wolf_____ D.J.

Counsel and the defendant were present for sentencing hearing on 3/3/05. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1. Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?  ✓Yes ___No

2.(a) Was information withheld pursuant to FRCrP 32(c)(3)(A)?  ___Yes ___No

   (b) If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?  ___Yes ___No

3.(a) Were all factual statements contained in the PSI adopted without objection?  ✓Yes ___No

   (b) If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

   (c) Disputed issues have been resolved as follows after ___evidentiary hearing, ___further submissions and/or ___arguments:

[kmemsen.]

4.(a)   Are any legal issues in dispute?                                      ___Yes ___No

   If yes, describe disputed issues and their resolution:

5.(a)   Is there any dispute as to guideline applications (such as
        offense level, criminal history category, fine or restitution)
        as stated in the PSI?                                                 ___Yes ___No

   If yes, describe disputed areas and their resolution:

   (b)  Tentative findings as to applicable guidelines are:

        Total Offense Level: ~~8~~ 10

        Criminal History Category: I

        6 to 12 months imprisonment

        24 to 26 months supervised release

        $ 2000 to $ 20,000 fine (plus $ _____ cost of imprisonment/supervision)

        $ _____ restitution

        $ 300 special assessment ($ _____ on each of _____ counts)

6.(a)   Are there any legal objections to tentative findings?                 ___Yes ___No

   (b)  If no, findings are adopted by the Court.

   (c)  If yes, describe objections and how they were addressed:

        OR sentence hearing is continued to _____
        to allow for preparation of oral argument or filing of written
        submissions by _____.

7.(a)     Remarks by counsel for defendant.[1]     _✓_Yes ___No

(b)     Defendant speaks on own behalf.     _✓_Yes ___No

(c)     Remarks by counsel for government.     _✓_Yes ___No

8.(a)     The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

         _____ months imprisonment

         _____ months/intermittent community confinement

         __36_____ months probation

         _____ months supervised release

         $___0_____ fine (including cost of imprisonment/supervision)

         $_____ restitution

         $__300_____ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.)

*If deported on March 5, 2005 or any other date, depart promptly and not return to the US without the approval of the Secretary of Homeland Security*

*Probation is suspended while defendant is outside US and will resume if he returns lawfully or unlawfully*

(b) ✓ After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

3

9.     Statement of reasons for imposing sentence.
       Check appropriate space.

(a)__    Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR__    Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

(b)_✓_    Sentence departs from the guideline range as a result of

    __ substantial cooperation upon motion of the government

    OR

    _✓_ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

After an evidentiary hearing, the court was persuaded to adopt the recommendation of the government and the defendant that he be deported and leave the US immediately rather than after serving six months in home confinement. Defendant recently received a Ph.D in chemistry from Harvard and at age 25, as a result of poor judgment, fraudulently attempted to get a US passport. His deportation will cause severe consequences for his career.

(c)__    Is restitution applicable in this case?    __Yes _✓_No

    Is full restitution imposed?    __Yes __No

If no, less than full restitution is imposed for the following reasons:

(d) ___    Is a fine applicable in this case? ✓ Yes ___ No

Is the fine within the guidelines imposed? ___ Yes ✓ No

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

✓    Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

___    Imposition of a fine would unduly burden the defendant's dependants; or

___    Other reasons as follows:

10.    Was a plea agreement submitted in this case?    ___ Yes ✓ No

Check appropriate space:

___    The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

___    The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___    The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.    Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.    ___ Yes ___ No

12.    The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.    Judgment will be prepared by the clerk in accordance with above.

14.    The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_March 3, 2005_
DATE

_Charles V. Wolf_
UNITED STATES DISTRICT JUDGE

(State of Reasons Memo.wpd - 09/96) mlw 9/02    [kmemsen.]